

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
11/18/2015

| | |
|---|---|
| IN RE: <br> PMCS, Inc <br>      Debtor(s) | CASE NO. 14−70107 <br> CHAPTER 7 |

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISRY

The following motion is GRANTED:

*59* − Motion to Deposit Funds into Court Registry. Filed by Trustee Michael B. Schmidt (Attachments: # 1 Proposed Order to Pay Funds into the Registry of the Court) (Schmidt, Michael)

These unclaimed funds may be deposited into the Registry of the Court:

Amount: $ 16,781.86
Owed to: Compass Bank

Signed and Entered on Docket: 11/18/15.

by: <u>Kristy Love</u>
Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000−3.